# TIFFANY & BOSCO
#### P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-50596

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>Michael V. Dizinno and Sonya Rene Dizinno<br>   Debtors.<br><hr>The Bank of New York Mellon, fka The Bank of New York successor in interest to JPMorgan Chase Bank N.A. f/k/a JPMorgan Chase Bank as Trustee for Structured Asset Mortgage Investments Inc., Bear Stearns ARM Trust, Mortgage Pass-Through Certificates Series 2003-6<br><br>   Movant,<br> vs.<br><br>Michael V. Dizinno and Sonya Rene Dizinno, Debtors; Anthony H. Mason, Trustee.<br><br>   Respondents. | No. 2:09-bk-30881-GBN<br><br>Chapter 7<br><br>NOTICE OF FILING MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND REQUIREMENT TO FILE<br><br>RE: Real Property Located at<br>12061 N. Red Mountain Drive<br>Tucson, AZ 85737 |

  NOTICE IS HEREBY GIVEN that the above Movant has filed a motion requesting relief from the automatic stay, the details of which are as follows:
…
…

Movant asserts that there is no equity in the property, which is the subject of the Motion for Relief from Stay, and/or Respondent has not provided Movant with adequate protection with respect to such property. Therefore, Movant is entitled to an Order Lifting Stay with respect to such property.

FURTHER NOTICE IS HEREBY GIVEN that pursuant to Local Bankruptcy Rule 4001 if no objection is filed with the court and a copy served on Movant whose address is:

    The Bank of New York Mellon, fka The Bank of New York successor in interest to JPMorgan Chase Bank N.A. f/k/a JPMorgan Chase Bank as Trustee for Structured Asset Mortgage Investments Inc., Bear Stearns ARM Trust, Mortgage Pass-Through Certificates Series 2003-6

    c/o Mark S. Bosco, Esq.
    2525 East Camelback Road, Suite 300
    Phoenix, Arizona 85016

WITHIN 15 DAYS of service of the motion, the motion for relief from the automatic stay may be granted without further hearing.

FINALLY, Movant's Counsel certifies that a letter was sent seeking to resolve the issues necessitating the motion, to Debtor's Counsel or the Debtor if the Debtor is without counsel and that after sincere effort the parties have been unable to resolve the matter, and the letter was sent at least five (5) business days prior to the filing of the motion.

DATED this 17th day of December, 2009.

                                        TIFFANY & BOSCO, P.A.

                                        By /s/ MSB # 010167
                                             Mark S. Bosco
                                             Leonard J. McDonald
                                             Attorneys for Movant

Copy of the foregoing was
mailed on December 17, 2009, to:

Michael V. Dizinno and Sonya Rene Dizinno
1973 E. Dava Drive
Tempe, AZ 85283
Debtors

O'Connor Law, PLLC
PO Box 1090
Tempe, AZ 85280
Attorney for Debtors

Anthony H. Mason
P.O. Box 4427
Phoenix, AZ 85030
Trustee

U.S. Trustee
230 North 1st Avenue, Suite 204
Phoenix, AZ 85003-1706

By: <u>LaTricia Martin</u>